JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JORGE MAYORAL,

               Plaintiff,

       vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

               Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 14-03546-DTB

**J U D G M E N T**

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: June 11, 2015

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1